[No. 12041-7-I. Division One. December 27, 1984.]

SEVENTH ELECT CHURCH IN ISRAEL, ET AL, *Respondents,*
v. GERALD L. ROGERS, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 848238, Norman W. Quinn, J., entered July 12,
1982. *Affirmed* by unpublished opinion per Corbett, A.C.J.,

concurred in by Williams and Ringold, JJ.